77,627-02

**WRIT OF HABEAS CORPUS**

**CERTIFIED COPIES OF**

**POST CONVICTION**

FROM:  179TH DISTRICT COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 12 2015

Abel Acosta, Clerk

OF

HARRIS COUNTY, TEXAS

ETHAN WAYNE HORTON

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

REV. 01-02-04

# INDEX

|  | PAGE |
|---|---|
| DISTRICT ATTORNEY ACKNOWLEDGMENT LETTER | 1 |
| STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT | 2 |
| LETTER TO APPLICANT | 7 |
| CERTIFICATE OF THE CLERK | 8 |

REV: 01-02-04



Belinda Hill
Interim First Assistant

Criminal Justice Center
1201 Franklin, Suite 600
Houston, Texas 77002-1901

# HARRIS COUNTY DISTRICT ATTORNEY
## MIKE ANDERSON

April 13, 2013

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas 77002

         Re: Ex parte <u>ETHAN WAYNE HORTON</u>
         No. <u>1087158-B</u> in the <u>179th</u>
         District Court of Harris County, Texas
         Filing date: 02-14-13

Date copy of writ delivered to District Attorney's Basket: **APR 1 5 2013**
By: <u>Leslie Garcia</u>

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

         Sincerely,

**APR 1 5 2013**
_____
Date Received

         _Kae Wilson_
         Assistant District Attorney
         Harris County, Texas

000001



NO. 1087158-B

EX PARTE                                    §        IN THE 179th DISTRICT COURT

                                           §        OF

ETHAN WAYNE HORTON                         §        HARRIS COUNTY, T E X A S
Applicant

## STATE'S PROPOSED ORDER DESIGNATING ISSUES
## AND FOR FILING AFFIDAVIT

Having considered the application for writ of habeas corpus in the above-captioned cause

and the State's original answer, the Court finds that the issues of whether the applicant was denied

effective assistance of counsel and whether the applicant's plea was voluntary still need to be

resolved in the present case.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue

and then enter findings of fact.

To assist the Court in resolving these factual issues, counsel Susan Jacobsen Perret is

ORDERED to file an affidavit summarizing his actions as counsel for the applicant in the

primary case, cause number 1087158, and specifically responding to the following:

1. Please summarize the discussion(s) Perret had with the applicant regarding whether there was sufficient evidence to support a aggravated robbery conviction and any advice given concerning whether to go to trial or plead guilty. Please include the number and nature of any and all "offers from the State" conveyed to the applicant, including, but not limited to, any reductions, enhancements, and/or enhancement abandonments discussed, if applicable.

2. The applicant claims, "...his trial attorney, Susan Jacobsen Perret, had ex parte communication with defendants mother, where she by third party coercion and manipulative lawyer tatics, told defendants mother if he did not take a 20 year plea, he would receive a life sentence;" and that "Attorney Perret went further on to persuade the appellants mother saying "mom, make him take the twenty."*[sic]*. Please respond.

3. Please describe the manner and the degree to which Perret reviewed the plea papers and admonishments with the applicant; if Perret does not have independent recollection of the event, please state what Perret's usual and customary practice was and also state

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

whether Perret has any reason to believe that Perret varied from that practice in this particular case.

4. Please state whether Perret believes the applicant's plea was knowingly and voluntarily entered.

5. Please state whether Perret believed the applicant's guilty plea to be adequately supported by the evidence.

6. According to the applicant, the State never recovered the deadly weapon in the instant cause. Please explain how the absence of the deadly weapon would have affected trial and whether Perret discussed that information with the applicant. Please also explain whether Perret believed the information about the deadly weapon could be excluded, in light of no deadly weapon being recovered.

2

: 000003

Susan Jacobsen Perret is ordered to file her affidavit with the Post-Conviction Writs Division of the District Clerk's Office, 1201 Franklin, Third Floor, Houston, Texas 77002, within THIRTY DAYS of the signing of this Order.

The Clerk of the Court is ORDERED to send a copy of this Order to the applicant and to the State, and to serve copies of this Order, the State's Answer and the Original Application to:

Ms. Susan Jacobsen Perret
P.O. Box 2522
Houston, Texas 77252-2522

When the affidavit of Susan Jacobsen Perret is received, the Clerk is **ORDERED** to send a copy of said affidavit to the applicant, Ethan Wayne Marcus Horton, #1459524 – Coffield Unit, 2661 FM 2034, Tennessee Colony, Texas 75884; and a copy to Counsel for the State, Eva Flores, 1201 Franklin, Suite 600, Houston, Texas 77002.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

**By the following signature, the Court adopts the State's Proposed Order for Filing Affidavit in cause number 1087158-B.**



APR 2 2 2013

**Signed this** _____ **day of** _____, 2013.

PRESIDING JUDGE

3



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

April 23, 2013

MIKE ANDERSON
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1087158-B in the 179th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lag

Enclosure(s) – STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

April 23, 2013

SUSAN JACOBSEN PERRET
ATTORNEY AT LAW
P.O. BOX 2522
HOUSTON, TEXAS 77252-2522

RE:   ETHAN WAYNE HORTON
     CAUSE #1087158-B
     179TH DISTRICT COURT

Dear Madam:

Enclosed herewith please find a copy of the Court's Order wherein the court orders that SUSAN JACOBSEN PERRET, Attorney at Law, file an affidavit in response to allegations made in the petition for post conviction writ of habeas corpus in the above numbered and styled cause.

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial
Harris County District Clerk's Office

Enclosure:  Respondent's Proposed Order Designating Issues and Order for Filing Affidavit, Respondent's Original Answer, Application for Writ of Habeas Corpus

CC:   Kelly Reyes



# CHRIS DANIEL
### HARRIS COUNTY DISTRICT CLERK

April 23, 2013

ETHAN WAYNE HORTON
#1459524 COFFIELD UNIT
2661 FM 2034
TENNESSEE COLONY, TEXAS 75884

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 1087158-B in the 179th District Court.

☐ State's Original Answer Filed ,

☐ Affidavit ,

☐ Court Order Dated ,

☒ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order ,

☐ Other

Sincerely,

Leslie Garcia, Deputy
Criminal Post Trial

lag

Enclosure(s) — STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS        {  IN THE 179th DISTRICT COURT

COUNTY OF HARRIS        {  OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the foregoing **8** pages contain true and correct copies of original records now in my lawful custody and possession relating to cause number 1087158-B including certified copies as requested from Court Order (entered on the 8TH day of APRIL, A.D., 2015) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant EATHAN WAYNE HORTON is in the custody of the Texas Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 5TH day of MAY, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By: _____
Erin Bryan, Deputy

PAGE 1 OF 1

REV. 01-02-04